AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | 23-91M |
| Alturo Smith | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 6, 2023__ in the county of __New Castle__ in the
_____ District of __Delaware__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 922(g)(1) & section 924(a)(2) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit

MAR -6 2023

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Joseph Oliver, FBI
_____
Printed name and title

**GOVERNMENT EXHIBIT**

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P.4.1 and 4(d).

Date: 3/6/2023

_____
Judge's signature

City and state: Wilmington, DE

Mary Pat Thynge, Chief United States Magistrate
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph M. Oliver, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. Since January 2023, your affiant has been investigating GREGORY CARTER ("CARTER") and ALTURO SMITH ("SMITH") for the distribution of controlled substances, particularly cocaine. On March 6, 2023, two search warrant authorized by a Magistrate Court Judge in the District of Delaware were executed on two residences under the dominion and control by CARTER. As a result of these search warrants, law enforcement seized two firearms, cocaine, a kilogram press, marijuana, scales, and packaging material. As described in more detail below, your affiant believes there is probable cause to believe that CARTER and SMITH, who are federally prohibited, unlawfully possessed the firearms.

## AGENT BACKGROUND

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

3. I am a duly sworn member of the Federal Bureau of Investigation ("FBI") and have been so employed since March of 1999. I am currently assigned to the Baltimore Field Office of the FBI in Wilmington, Delaware.

4. I completed new agent training at the FBI Academy in Quantico, Virginia, which included training on drug enforcement. I have successfully completed in-service training courses on drug enforcement sponsored by the FBI, Drug Enforcement Administration ("DEA"), and the

1

United States Department of Justice. While employed by the FBI, I have investigated federal criminal violations related to terrorism, bank robbery, drug trafficking, firearms trafficking, kidnapping, and fugitives.

5. Since January of 2013, I have been assigned to the FBI's Safe Streets Task Force, which investigates violations of federal drug and firearms statutes. I am responsible for investigations involving unlawful activities to include drug smuggling/trafficking, firearm offenses, and violent crime occurring in the District of Delaware.

6. I have actively participated in investigations of criminal activity, including but not limited to the investigation of drug trafficking. During these investigations, I have also participated in the execution of search warrants and the seizure of evidence indicating drug trafficking activities. As an agent of the FBI, I have testified under oath, affirmed to applications of search and arrest warrants, and participated in and gained experience in Title III wire intercept investigations for the enforcement of federal laws. As a Special Agent of the FBI, I have personally conducted, supervised, and participated in investigations which have resulted in the arrest and convictions of numerous individuals responsible for trafficking narcotics and committing violent crimes.

7. I have also been involved in Organized Crime Drug Enforcement Task Force ("OCDETF") investigations involving cocaine trafficking organizations. As a result of those and other narcotics-related investigations, I have extensive experience in debriefing defendants, informants, participants, and various other persons with direct experience with the methods used to distribute controlled substances.

8. Based on my training and experience as a Special Agent of the FBI, I am familiar with the means and methods that narcotics traffickers use to import and distribute illicit drugs. I am acquainted with the support and assistance that narcotics organizations require to conduct their illegal activities. I have become knowledgeable about the criminal statues of the United States, particularly in the area of the criminal laws relating to violations of the federal narcotics, firearms, and conspiracy statutes.

9. The facts in this affidavit come from my personal observations, my review of financial and other records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that sufficient probable cause for a criminal complaint and does not set forth all of my knowledge about this matter.

## PERTINENT CRIMINAL STATUTES

10. Based on the facts set forth in this affidavit, there is probable cause to believe that CARTER and SMITH have committed violations of the following statute:

   a. Unlawful possession of a firearm, in affecting interstate and/or foreign commerce after having been previously convicted of a felony punishable by imprisonment form a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1).

## DETAILS OF INVESTIGATION

11. On Monday, March 6, 2023, members of the FBI SWAT team, along with members of the FBI Delaware Violent Crime Safe Streets Task Force served a search warrant issued by the United States District Court for the District of Delaware at ███████ ██ ████████████, Wilmington, DE ███████████ ██ RESIDENCE") and ████████████████ █ Wilmington, Delaware ("███████ RESIDENCE").

3

## SEARCH OF THE ███ RESIDENCE

12. Upon entering the ███ RESIDENCE, FBI SWAT located and detained CARTER and Julia Edwards, CARTER's girlfriend. CARTER and Edwards were the only occupants inside the ███ RESIDENCE.

13. At approximately 6:30am, agents began searching the ███ RESIDENCE. The search was supervised by Special Agent Shawn Haney and all evidence was collected by him. During the search of the ███ RESIDENCE, a loaded firearm was located in the top right drawer of the kitchen counter. The firearm was discovered to be a SCCY CPX-1 9mm pistol with five (5) rounds in the magazine and one in the chamber.

14. Agents also located approximately 37.75 gram of marijuana, several large stacks of United States Currency in small denominations (total amount still being counted), and numerous bags of edible THC gummies.

15. Law enforcement also conducted a vehicle search on CARTER's 2014 Tesla Model S. During this search, law enforcement located a single .300 black out rifle round in the trunk. However, no rifle was found.

16. I am aware that CARTER is a convicted felon, having been convicted in 2007 of possession with intent to distribute crack cocaine, for which he was sentenced to a period of incarceration of 144 months. CARTER was sentenced to custody of the Bureau of Prisons after his conviction and was under supervised release for a period of 60 months.

17. I am aware that an ATF e-trace was submitted on the weapon that was recovered on March 6, 2023. The results of the e-trace are pending. A search of NCIC regarding the weapon revealed it was purchased in 2013 by Tasha Michelle Jones of Aberdeen, Maryland. There is no

record of this weapon being reported lost or stolen. The manufacturer of the weapon, SCCY Industries is located at Daytona Beach, Florida.

### SEARCH OF THE ▬▬▬ RESIDENCE

18. Upon entering the ▬▬▬ RESIDENCE, FBI SWAT located and detained SMITH, Denzel Carter, CARTER's son, and Imani Straker, Denzel Carter's girlfriend. SMITH, Denzel Carter, and Straker were the only occupants inside the residence.

19. At approximately 6:30am, agents began searching the ▬▬▬ RESIDENCE. The search was supervised by Special Agent Boyd J. Pritchard and all evidence was collected by your affiant. During the search of the ▬▬▬ RESIDENCE, a loaded firearm was located in the top right drawer of the kitchen counter. The firearm was discovered to be a Taurus Arms G3C 9mm pistol with nine (9) rounds in the magazine and one in the chamber.

20. Agents also located approximately 25g of suspected crack cocaine, a hydraulic press used for "pressing" cocaine into kilogram bricks, two digital scales with suspected cocaine residue, and various drug packaging materials, i.e. sandwich bags.

21. I am aware that SMITH is a convicted felon, having been convicted in 2007 of distribution of a controlled dangerous substance in New Jersey, for which he was sentenced to a period of incarceration of 12 months. SMITH was sentenced to custody of the Department of Corrections for the State of New Jersey.

22. I am aware that an ATF e-trace was submitted on the weapon that was recovered on March 6, 2023. The results of the e-trace are pending. A search of NCIC regarding the weapon no record of this weapon being reported lost or stolen. The manufacturer of the weapon, Taurus Arms, is located at Bainbridge, Georgia.

5

## CONCLUSION

23. Based on the foregoing, I submit there is probable cause to believe the Defendants GREGORY CARTER and ALTURO SMITH have violated Title 18, United States Code, Section 922(g)(1) that is felon in possession of a firearm. Therefore, I respectfully request that the court issue a Criminal Complaint.

Respectfully submitted,

_____
Joseph M. Oliver
Special Agent
Federal Bureau of Investigation (FBI)

Sworn and subscribed before me
This ___ day of March, 2023

_____
Honorable Mary Pat Thynge
Chief United States Magistrate Judge

6