Collected On: March 8, 2023
Sealed On: March 8, 2023
Sealing Official's Printed Name: Boyd Pritchard
Sealing Official's Signature: *Boyd Pritchard*
Witnessing Official's Printed Name: Scott Linus
Witnessing Official's Signature: *SL*
Total Package Weight: 541.47g
Suspected Drug Type: Cocaine HCl

**Right bag label:**
Collected On: March 8, 2023
Sealed On: March 8, 2023
Sealing Official's Printed Name: Boyd Pritchard
Sealing Official's Signature: *Boyd Pritchard*
Witnessing Official's Printed Name: Scott Linus
Witnessing Official's Signature: *SL*
Total Package Weight: 569.20g
Suspected Drug Type: Cocaine HCl

DRUG   DRUG

GOVERNMENT EXHIBIT 4
23-91m & 23-92m

3/9/23 PREL HRG.